# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00434-CV

### Celina Harp, Appellant

### v.

### Stephen Kobdish, Appellee

---

#### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
#### NO. D-1-AG-15-002375, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on February 7, 2022. On March 3, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by March 14 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Prosecution

Filed: April 14, 2022